UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

|  |  |
|---|---|
| ANTONIO SANTOS,<br>    Plaintiff,<br><br>Vs.<br><br>CITY OF BROCKTON and<br>JOHN/JANE DOES, POLICE OFFICERS<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' NOTICE OF REMOVAL
### OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(c) and 1446 the Defendants' petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the Defendants' states as follows:

1. On or about April 14, 2021, the Plaintiff filed this suit in the Plymouth Superior Court, Civil Action No.2183CV00284.

2. On or about May 4, 2021, the Plaintiff's complaint was served upon the Defendant, City of Brockton. Attached as Exhibit A is a copy of the Plaintiff's Complaint and summons, which was served upon the Defendant. Attached as Exhibit B is a copy of the USPS tracking information for tracking no. 70200640000009876915.

3. In the Complaint, the Plaintiff alleges violations of his rights protected by the Constitution of the United States.

4. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(c).

5. This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

>Respectfully submitted,
>Defendants,
>By their attorney,
>
>*/s/ Megan D. Bridges*
>Megan D. Bridges, Esq.
>BBO# 681139
>City of Brockton
>City Hall - 45 School Street
>Brockton, MA  02301
>Tel. No. (508) 580-7110
>mbridges@cobma.us

Dated: June 3, 2021

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                    */s/ Megan D. Bridges*_____
                    Megan D. Bridges, Esq.

Dated:  June 3, 2021